KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

**IN RE COMBINED WORLD TRADE CENTER**      21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-------------------------------------------------------------------------X

**NORMA BERMEO,**                              DOCKET NO.:
                                               08 CV 2569

<b>Plaintiff,</b>

    **-against-**

**100 CHURCH, LLC, AMBIENT GROUP, INC.,**
**CUNNINGHAM DUCT CLEANING CO. INC.,**
**GPS ENVIRONMENTAL CONSULTANTS,**            NOTICE OF
**INDOOR ENVIRONMENTAL TECHNOLOGY,**          APPEARANCE
**INC., LAW ENGINEERING, P.C., MERRILL**
**LYNCH & CO., INC., ROYAL AND SUNALLIANCE**
**INSURANCE GROUP, PLC., TRC ENGINEERS,**
**INC., AND ZAR REALTY MANAGEMENT**
**CORP.,**

<b>Defendants.</b>
-------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

<b>CUNNINGHAM DUCT WORK s/h/i/a<br>CUNNINGHAM DUCT CLEANING CO., INC.</b>

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 2, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**NORMA BERMEO**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**NORMA BERMEO**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**