UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

NORMA BERMEO,                                           08CV2569(AKH)

                      Plaintiff(s),           **NOTICE OF APPEARANCE**

      -against-

100 CHURCH LLC, et al.,

                      Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            May 14, 2008

                                            Yours etc.,

                                            HARRIS BEACH PLLC
                                            *Attorneys for Defendant*
                                            **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                            _____/s/_____
                                            Stanley Goos, Esq. (SG-7062)
                                            100 Wall Street
                                            New York, NY  10005
                                            212 687-0100
                                            212 687-0659 (Fax)

**CERTIFICATION AS TO SERVICE**

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

                                                      /s/
                                    Stanley Goos, Esq. (SG 7062)