UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

21 MC 102 (AKH)

IN RE: LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

_____

NORMA BERMEO,                                                                08-CIV-2569 (AKH)

                      Plaintiff,

    -against-

100 CHURCH, LLC, ET. AL.,

                      Defendants.
_____

## NOTICE OF APPEARANCE

      Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
       May 15, 2008                   WHITEMAN OSTERMAN & HANNA LLP

                                          /s/ John J. Henry
                            BY:  _____
                                      John J. Henry (JH-7137)
                                      William S. Nolan (WN-8091)
                                      Attorneys for Defendant TRC Engineers, Inc.
                                      One Commerce Plaza
                                      Albany, New York 12260
                                      (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer